AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE PAUL SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ELY STATE PRISON, et al.,<br><br>    Defendants. | Case No. 3:18-cv-00317-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JASMINE PAUL SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>GITTERE, et al.,<br><br>    Defendants. | Case No. 3:18-cv-00475-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JASMINE PAUL SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BRALOWER, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00431-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JASMINE PAUL SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>GITTERE, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00432-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1  JASMINE PAUL SANCHEZ,<br>2             Plaintiff,<br>3  v.<br>4  JONES, et al.,<br>5             Defendants. | Case No. 3:19-cv-00447-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 6  JASMINE PAUL SANCHEZ,<br>7             Plaintiff,<br>8  v.<br>9  KIRCHEN, et al.,<br>10            Defendants. | Case No. 3:19-cv-00448-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 11  JASMINE PAUL SANCHEZ,<br>12            Plaintiff,<br>13  v.<br>14  GITTERE, et al.,<br>15            Defendants. | Case No. 3:19-cv-00492-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 16  JASMINE PAUL SANCHEZ,<br>17            Plaintiff,<br>18  v.<br>19  HOMAN, et al.,<br>20            Defendants. | Case No. 3:19-cv-00527-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 21  JASMINE PAUL SANCHEZ,<br>22            Plaintiff,<br>23  v.<br>24  ROSE, et al.,<br>25            Defendants. | Case No. 3:19-cv-00557-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1  JASMINE PAUL SANCHEZ,<br>2          Plaintiff,<br>3  v.<br>4  MANNING, et al.,<br>5          Defendants. | Case No. 3:19-cv-00757-RCJ-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 6  JASMINE PAUL SANCHEZ,<br>7          Plaintiff,<br>8  v.<br>9  WICKHAM, et al.,<br>10         Defendants. | Case No. 3:20-cv-00291-MMD-WGC<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 11 JASMINE PAUL SANCHEZ,<br>12         Plaintiff,<br>13 v.<br>14 HOMAN, et al.,<br>15         Defendants. | Case No. 3:20-cv-00319-APG-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 16 JASMINE PAUL SANCHEZ,<br>17         Plaintiff,<br>18 v.<br>19 REUBART, et al.,<br>20         Defendants. | Case No. 3:20-cv-00610-MMD-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 21 JASMINE PAUL SANCHEZ,<br>22         Plaintiff,<br>23 v.<br>24 JONES, et al.,<br>25         Defendants | Case No. 3:20-cv-00577-MMD-CLB<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Jasmine Paul Sanchez, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the

Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 14 day of December, 2020.                    DATED this ____ day of December, 2020

                                                                             AARON D. FORD
                                                                             Attorney General

_____                    By: _____
JASMINE PAUL SANCHEZ                              DOUGLAS R. RANDS, Bar No. 3572
Plaintiff, *Pro Se*                               Senior Deputy Attorney General
                                                                             MEREDITH BERESFORD, Bar No. 13308
                                                                             Deputy Attorney General

                                                                             *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  December 15, 2020